UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| **THOMAS DWYER** | : Case No. 1:17-cv-00455-MRB |
| | : |
| **Individually and on behalf of all others similarly situated** | : Judge Michael R. Barrett |
| | : |
| **Plaintiff,** | : **UNOPPOSED MOTION FOR AMENDMENT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| vs. | : |
| **SNAP FITNESS, INC.** | : |
| **Defendant.** | : |

Plaintiff Thomas Dwyer, individually and on behalf of all others similarly situated ("Dwyer" or "Named Plaintiff") on behalf of himself and the Settlement Class, respectfully moves this Court to amend its Order Granting Preliminary Approval of Class Action Settlement ("Preliminary Approval Order"),[1] which was entered on March 20, 2019 [Doc. No. 29] to include minor amendments to the Settlement Agreement and Release, as well as a minor change to the class notice documents. The reasons for the amendment are more fully set forth in the accompanying memorandum of law.

Respectfully submitted,

/s/ Bryce Lenox
Bryce A. Lenox (0069936)
THE LAW OFFICE OF BRYCE A. LENOX, ESQ. LLC
3825 Edwards Road, Suite 103
Cincinnati, Ohio 45208
(513) 520-9829
bryce@brycelenoxlaw.com

---

[1] Capitalized terms not defined herein are as stated in the Settlement Agreement and Release dated February 1, 2019, previously filed with Plaintiff's Motion for Preliminary Approval.

1

/s/ Brian T. Giles
Brian T. Giles (0072806)
THE LAW OFFICE OF BRIAN T. GILES LLC
1470 Apple Hill Rd.
Cincinnati, Ohio 45230
(513) 379-2715
Brian@GilesFirm.com

Attorneys for Plaintiff

## MEMORANDUM IN SUPPORT

In its March 20, 2019 Order, this Court, among other things, preliminarily approved the settlement in this class action, appointed JND Legal Administration to act as Settlement Administrator, and approved the form of Class Notice, copies of which were attached to the Settlement Agreement. See Doc. No. 29.  The Court's Order identified the Settlement Class as follows:

> (a) persons who have paid a Club Enhancement Fee under a Snap Fitness membership agreement that did not mention payment of the Club Enhancement Fee (the "CEF Sub-Class");
>
> (b) persons who have been a party to a pre-November 2017 Snap Fitness prepaid membership agreement in the state of Ohio and who either (i) canceled their membership during the Class Period while operating under that agreement, or (ii) remain current Snap Fitness members under that agreement (the "PECA Sub-Class"). For purposes of this Section, "canceled" shall mean a termination of membership in which the member did not transfer to another form of Snap Fitness membership within two days, as reflected in Defendant's business records.

"Club Enhancement Fee(s)" was defined in Section 2.12 of the Settlement Agreement as "an additional, one-time fee implemented and charged by certain Snap Fitness locations in or around April 2017 and/or April 2018."

While compiling data relating to the Class for purposes of Class Notice, Defendant Snap Fitness, Inc. learned that certain franchisees had charged Snap Fitness members a one-time fee in months other than April 2017 and/or April 2018.  Moreover, those franchisees had in certain cases called the "Club Enhancement Fee" by a different name, such as an "Annual Enhancement Fee," or simply "Enhancement Fee."

To eliminate any potential confusion among Class Members as to their membership in the Class, on May 9, 2019, the parties executed an Amendment to the Settlement Agreement and Release ("Amendment") which clarified the definition of "Club Enhancement Fee" as follows:

> "'Club Enhancement Fee(s)' means an additional, one-time Fee or Due that included the terms: 'Club Enhancement,' 'Annual Enhancement,' 'Annual Maintenance' or 'Enhancement' that was implemented and charged by certain Snap Fitness locations in or around 2017 and/or 2018."

Attached hereto as Exhibit 1.  Thus, the Amendment clarified that the one-time fee charged was not limited to April 2017 and/or April 2018, and further identified additional names by which Snap Fitness franchisees described the fee.

In addition, in response to an inquiry from a state regulatory agency, the parties wish to clarify that the Settlement Agreement's claims release does not preclude class members from participating in or benefiting from regulatory enforcement actions relating to the matters alleged in the Complaint.  The parties therefore have added the following language to the Amendment:

> The Parties also hereby agree that **Section 12.01** of the Settlement Agreement and Release is amended to include the following statement: "Nothing in this Section shall be construed to prohibit Settlement Class Members from participating in, complying with, or receiving benefits from any government or regulatory initiated enforcement action."

The Amendment made no other changes to the Settlement Agreement.

Finally, in the course of gathering data for Class Notice, Snap Fitness determined that some Snap Fitness members had been charged more in Club Enhancement Fees than previously known. This meant that those members were entitled to a larger recovery than the range specified in the Postcard Notice and the Email Notice, which both "estimate[] that each valid claimant will receive between approximately $0.01 and $50." To accurately reflect the expected range of money that a claimant may receive, the parties have revised both the Postcard Notice and the

4

Email Notice to state that "[I]t is estimated that each valid claimant will receive between approximately $0.01 and $115." The parties also made a similar clarification regarding the effect of the claims release on page 5 of the Long-Form Notice. The revised Notices are attached as Exhibit 2, 3 and 4.

The above changes have no substantive impact on the settlement. They simply clarify the definition of the Settlement Class, the breadth of the release, and the documents to be used for notice. As such, Plaintiff requests that the Court amend its Preliminary Approval Order to adopt the Amendment to the Settlement Agreement and Release, including the revised definition of "Club Enhancement Fee" and revised language of the release, and adopt and incorporate the revised Postcard Notice, Email Notice, and Long-Form Notice attached hereto.

Respectfully submitted,

/s/ Bryce Lenox
Bryce A. Lenox (0069936)
THE LAW OFFICE OF BRYCE A. LENOX, ESQ. LLC
3825 Edwards Road, Suite 103
Cincinnati, Ohio 45208
(513) 520-9829
bryce@brycelenoxlaw.com

/s/ Brian T. Giles
Brian T. Giles (0072806)
THE LAW OFFICE OF BRIAN T. GILES LLC
1470 Apple Hill Rd.
Cincinnati, Ohio 45230
(513) 379-2715
Brian@GilesFirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on May 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on CM/ECF.

/s/ Bryce A. Lenox
Bryce A. Lenox